IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PHASUNG LU BACCAM										PLAINTIFF

      v.				Civil No.   11-2065

SHERIFF BILL HOLLENBECK;
and DEPUTY MILLER										DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff' pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in form pauperis*.

Defendants have filed a motion to dismiss (Doc. 52). The motion is based on Plaintiff's failure to appear for his deposition that had been noticed for March 8, 2013. Pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure, Defendants ask that the case be dismissed. In the alternative, Defendants ask that they be awarded reasonable costs, including attorneys' fees, and that the case be stayed until those costs are paid. Plaintiff has responded to the motion (Doc. 54).

Defendants initially noticed Plaintiff's deposition for January 31, 2013. Plaintiff asked that this be delayed because he was residing in the State of Texas; was under the supervision of the probation office; and did not have permission to travel to Arkansas. Defendants cancelled the deposition.

On February 21st, Defendants received notice from the Plaintiff that he was now residing in the State of Arkansas at the Motel 6, Room 107, 2980 North College Avenue, Fayetteville, Arkansas. On February 22nd, Defendants noticed Plaintiff's deposition for March 8, 2013, at the Law Office of Rainwater, Holt & Sexton, 3396 N. Futrall, Suite 2, Fayetteville, Arkansas, by certified mail return receipt requested. *Defendants' Exhibit* 3. The return receipt indicates the notice was received by Plaintiff on February 23, 2013. *Defendants' Exhibit* 4.

On March 1, 2013, Plaintiff advised the Court that he was now residing in Arkansas. A change of address was entered on his behalf (Doc. 50). On March 8th, Plaintiff failed to appear at his deposition. *Defendants' Exhibit* 5. Defendants' counsel telephoned the Motel 6 and verified that Plaintiff was still a resident at the hotel. *Id.*

On March 19th, Plaintiff notified the Court that he was again residing in the State of Texas. A change of address was entered on his behalf (Doc. 51). Defendants filed this motion to dismiss (Doc. 52). Plaintiff responded (Doc. 54) to the motion. He does not deny that he received notice of the deposition or that he was in the State of Arkansas on March 8th. Instead, Plaintiff asserts that he is an incompetent person and that the Court must issue appropriate orders to protect him. He also asserts that his complaint contains meritorious issues.

As noted above, Plaintiff is *pro se.* However, review of the docket indicates Plaintiff has an understanding of the issues in the case. He has filed numerous motions on a variety of topics. There is nothing to indicate Plaintiff is incompetent.

I therefore recommend that the motion to dismiss (Doc. 52) be granted and this case dismissed with prejudice  **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of August 2013.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)